## MEDIJA REDZEPI *v.* TAIR REDZEPI
### (7144)

BORDEN, STOUGHTON and NORCOTT, Js.

Argued April 18—decision released April 26, 1989

*Paul J. Yamin,* for the appellant (defendant).

*Prescott W. May,* for the appellee (plaintiff).

PER CURIAM. There is no error.